LEON GREENBERG, ESQ., SBN 8094
RUTHANN DEVEREAUX-GONZALEZ, ESQ., SBN 15904
Leon Greenberg Professional Corporation
1811 South Rainbow Blvd- Suite 210
Las Vegas, Nevada 89146
(702) 383-6085
(702) 385-1827(fax)
leongreenberg@overtimelaw.com

Attorney for Creditor
Leon Greenberg Professional Corporation
Attorney for the *Murray* Case Creditors

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **IN RE:** | **Case No.: BK-22-14361-nmc** |
| | **Chapter 11** |
| **A CAB, SERIES L.L.C.** | |
| **fka A CAB, LLC** | |
| **Debtor(s)** | |
| ———————————————— | **Adv. No. 22-01163-nmc** |
| **MICHAEL MURRAY and MICHAEL RENO, Individually and on behalf of others similarly situated,** | |
| **Plaintiffs,** | **VERIFIED PETITION FOR PRO HAC VICE ADMISSION OF GABRIAL DEL VIRGINIA** |
| **v.** | |
| **A CAB TAXI SERVICES LLC, A CAB LLC, and CREIGHTON J. NADY,** | |
| **Defendants.** | |

1

**TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR, ALL ATTORNEYS OF RECORD, THE TRUSTEE, AND ALL PARTIES OF INTEREST**

Annexed hereto is the Verified Petition for Pro Hac Vice Admission of Gabriel Del Virginia in this case on behalf of creditors Leon Greenberg Professional Corporation and the *Murray* case judgment creditors along with Designation of Leon Greenberg as local counsel with consent thereto.

Dated this 14th Day of March, 2023

LEON GREENBERG PROFESSIONAL CORP.

/s/ *Leon Greenberg*
Leon Greenberg, Esq.
Nevada Bar No. 8094
1811 S. Rainbow Boulevard - Ste. 210
Las Vegas, NV 89146
Tel (702) 383-6085
Attorney for the above identified Creditors

2

NVB IA-11-2BK (Rev. 2/17)

Name, Address, Telephone No., Bar Number & E-mail address

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

* * * * * *

| | |
|---|---|
| In re: ) | BK-ADV. No. 22-01163-NMC |
| A CAB SERIES LLC, ) | |
| Debtor. ) | CHAPTER 11 |
| MICHAEL MURRAY and MICHAEL ) | |
| RENO, Individually and on behalf of others ) | VERIFIED PETITION FOR |
| similarly situated ) | PERMISSION TO PRACTICE IN THIS |
| Plaintiffs, ) | CASE ONLY BY ATTORNEY NOT |
| A CAB TAXI SERVICES LLC., A CAB ) | ADMITTED TO THE BAR OF THIS |
| LLC., and CREIGHTON J. NADY ) | COURT |
| Defendants. ) | |
| ) | |
| ) | **EFFECTIVE JANUARY 1, 2015** |
| _____ ) | **FILING FEE IS $250.00** |

 GABRIEL DEL VIRGINIA _____ , Petitioner, respectfully represents to the Court:

1. That Petitioner resides in  Peapack _____ , New Jersey _____ .

2. That Petitioner is an attorney at law and a member of the law firm of
Law Offices of Gabriel Del Virginia _____ , with offices at _____
30 Wall Street - 12th Floor, New York, New York 10005 (212) 371-5478 _____
_____
_____,_____,_____

3. That Petitioner has been retained personally or as a member of the law firm by

Leon Greenberg, Esq. and Michael Murray et. al to provide legal representation in connection with the above-entitled case now pending before this Court.

4. That since 1990_____, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of New York_____ where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Court of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of said Courts.

| | Date Admitted |
|---|---|
| State of New Jersey | 10/1/1986 |
| State of New York | 8/27/1990 |
| United States District Court District of New Jersey | 1986 |
| U.S. District Court Southern District of NY | 1990 |
| U.S. District Court Eastern District of NY | 1990 |

6. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory, or administrative body, or any resignation or termination order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None_____
_____
_____
_____
_____.

7. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars of any denied admission):

_____
_____
_____
_____.

2

8. That Petitioner is a member of good standing in the following Bar Associations:

New York County Lawyers Association

9. Petitioner or any member of Petitioner's firm (or office is firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 11-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court/Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| July 29 2020 | In Re Boulder Cab | Dist. Nevada Bankruptcy Court | Granted |
| Feb 8 2023 | In Re A Cab | Dist. Nevada Bankruptcy Court | Granted |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

DATED: March 4 2023

_____
Petitioner's Signature

3

STATE OF NEW YORK____)

_____)

COUNTY OF NEW YORK__)

Gabriel Del Virginia____, Petitioner, being first duly sworn, deposes and says:
That the foregoing statements are true.

_____
Petitioner's Signature

(SEAL)

Subscribed and sworn to me before this

_____14ᵗʰ_____ day of __MARCH_____, __2023_____.

_____Notary public

SONIA BONAVENTURE
NOTARY PUBLIC - STATE OF NEW YORK
No. 01BO6145436
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES MAY 8, 2026

4

Name, Address, Telephone No., Bar Number, Fax No. & E-mail address

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

**\* \* \* \* \* \***

In re:                                                  )                          ADV. No.
                                                        )            Bankruptcy No.:  22-01163-NMC
  A CAB SERIES LLC,                                     )            Chapter 11
                      Debtor(s).                        )
  MICHAEL MURRAY et. al.                                )            DESIGNATION OF LOCAL
                      Plaintiffs,                       )            COUNSEL AND CONSENT
                                                        )            THERETO
  A CAB TAXI SERVICES LLC. et. al.                      )
                      Defendants.                       )
                                                        )
_____                         )

The undersigned, attorney of record for  Michael Murray et al. and Leon Greenberg
, the  creditors                          herein, has submitted to the Court a "Verified Petition

for Permission to Practice in this Case Only".  Not being admitted to the bar of this Court, and

not maintaining an office in the District of Nevada for the practice of law, (s)he believes

it to be in the best interests of the client(s) to designate  Leon Greenberg

attorney at law, member of the State Bar of Nevada and previously admitted to practice

before the above-entitled Court, as associate local counsel in this action.  The address of

said designated Nevada Counsel is:

Leon Greenberg, NSB # 8094, 1811 S. Rainbow Boulevard Suite 210,

Las Vegas, NV 89146, 702-383-6085, wagelaw@hotmail.com

(Bar Code #, Street, City, State, Zip Code, Telephone Number and e-mail address)

By this designation the undersigned attorneys and party(ies) agree that all documents and other papers issued out of this Court in the above-entitled case may be served on the designated local counsel. Further, said local counsel shall be responsible for providing copies of the same to the co-counsel. Further, this designation constitutes agreement and authorization by the undersigned for the designated local counsel to sign stipulations binding on all of us. The time for performing any act under applicable Rule shall run from the date of service on the local counsel.

Gabriel Del Virginia

Attorney at Law

## CONSENT OF DESIGNATED NEVADA COUNSEL

The undersigned hereby consents to serve as associate Nevada counsel in this case and agrees that (s)he is responsible for being counsel upon whom all documents and other papers issued out of this Court shall be served, and that (s)he is responsible to transmit copies of all documents and other papers so served to the admitted out-of-state counsel of record and to keep such counsel informed as to the status of the case.

Leon Greenberg

# APPOINTMENT OF DESIGNATED NEVADA COUNSEL

The undersigned party(ies) appoint(s) _Gabriel Del Virginia_____ as his/her/their Designated Nevada Counsel is this case.

_____

Leon Greenberg

Deslocalcounsel.wpd   rev. 4/12/07