NVB 10–2(a) (Rev. 3/15)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:

A CAB, SERIES L.L.C. ,

        Debtor(s)

BK–22–14361–nmc
CHAPTER 11

Adversary Proceeding: 22–01163–nmc

MICHAEL MURRAY, et al,

        Plaintiff(s)

vs

A CAB TAXI SERVICES LLC, et al,

        Defendant(s)

ORDER GRANTING
VERIFIED PETITION

The submitted document "Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court" filed by GABRIEL DEL VIRGINIA is **GRANTED**.

Dated: 3/15/23

*Mary A Schott*

Mary A. Schott
Clerk of Court