_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
October 16, 2025

LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ., NBN 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ., NBN 7222
E-mail: mzirzow@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel:  (702) 382-1170
Fax:  (702) 382-1169

Bankruptcy Counsel to Debtor-Defendant,
A Cab, Series L.L.C., f/k/a A Cab, LLC

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>A CAB, SERIES L.L.C.,<br><br>　　　　　　　　Debtor. | Case No. 22-14361-nmc<br>Chapter 11 |
| MICHAEL MURRAY, and MICHAEL RENO,<br>Individually and on behalf of others similarly<br>situated,<br><br>　　　　　　　　Plaintiffs,<br>v.<br><br>A CAB TAXI SERVICES LLC, A CAB, LLC,<br>and CREIGHTON J. NADY,<br><br>　　　　　　　　Defendants. | Adv No. 22-1163-nmc<br><br><br>**ORDER REMANDING CASE** |

LARSON & ZIRZOW, LLC
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

The Court having confirmed the *Amended Chapter 11 Plan of Reorganization* [ECF No. 504] (as amended in the form as attached to the Confirmation Order, the "Plan"), filed by Debtor-Defendant, A Cab, Series L.L.C., f/k/a A Cab, LLC, a Nevada series limited liability company (the "Debtor"), pursuant to *Order Confirming Chapter 11 Plan of Reorganization* (the "Confirmation Order"), and the *Findings of Facts and Conclusions of Law in Support of Confirmation Order on Debtor's Amended Plan of Reorganization* (the "FFCL"); and good cause appearing;

**IT IS HEREBY ORDERED:**

1.    This adversary proceeding shall be and hereby is REMANDED back to the Eighth Judicial District Court, Clark County, Nevada (the "Nevada State Court'), pursuant to Plan § 7.02, for any additional proceedings as may be necessary in that remanded case, if any, including without limitation, the liquidation to final amount of any claims against the Debtor, but in all events consistent with the terms and conditions of the Debtor's confirmed Plan, and subject to the jurisdiction of the Bankruptcy Court to interpret, implement and enforce the Plan.

2.    The Nevada Supreme Court and the Nevada State Court, as applicable, are granted relief from any stays, including the automatic stay pursuant to 11 U.S.C. § 362, to allow the litigation case on appeal and on remand to proceed through to final judgment and decision, including without limitation any further appeals, and without further order of this Court.

3.    Nothing herein is intended or should be construed as altering or amending the terms and conditions of the Debtor's confirmed Plan, the Confirmation Order, or the FFCL, and all proceedings on appeal or remand, as applicable, shall proceed only in accordance with and not in any way contrary to or in contravention of the Debtor's confirmed Plan.

**IT IS SO ORDERED.**

. . .

. . .

. . .

LARSON & ZIRZOW, LLC
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

2

Prepared and Submitted:

By:  /s/ Matthew C. Zirzow
LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ., NBN 7787
MATTHEW C. ZIRZOW, ESQ., NBN 7222
850 E. Bonneville Ave.
Las Vegas, Nevada 89101

Bankruptcy Counsel to Debtor-Defendant,
A Cab, Series L.L.C., f/k/a A Cab, LLC

### LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐    The court has waived the requirement of approval under LR 9021(b)(1).

☐    No party appeared at the hearing or filed an objection to the Application.

☒    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Leon Greenberg, P.C. (Murray Claimants):                    APPROVED

☐    I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

LARSON & ZIRZOW, LLC
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169